# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM BOYDE POOLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-17-554-F |
| ) | |
| PRINCIPAL LIFE INSURANCE ) | (District Court of Oklahoma |
| COMPANY and CARL PETTIGREW, ) | County, Case No. CJ-2016-6329) |
| D.O., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For reasons stated on the record during the hearing held this date, Plaintiff's Motion to Remand and Brief in Support, filed on June 12, 2017 (doc. no. 9), is **GRANTED** and Defendant Pettigrew's Motion to Dismiss, filed on May 19, 2017 (doc. no. 7), is **MOOT**.

This case is hereby **REMANDED** to the District Court of Oklahoma County, Oklahoma.

DATED this 12th day of September, 2017.

_[signature]_
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0554p002.docx